(75 South. 958)

GILCHRIST v. JOHNSON. (8 Div. 15.)

(Supreme Court of Alabama. May 31, 1917.)

MORTGAGES ⊙⟶298(3)—PAYMENT OF MORT-
GAGE DEBT.

Where the consideration for a receipt given by a mortgagee's agent arose from settlement of individual matters between the agent and the mortgagor, the only money passing between them being a few dollars to strike a proper balance, there was no such payment of the mortgage debt as was binding on the mortgagee.

[Ed. Note.—For other cases, see Mortgages, Cent. Dig. §§ 841, 843–846, 864.]

Appeal from Chancery Court, Morgan County; James E. Horton, Jr., Chancellor.

Bill by John W. Gilchrist against Mary J. Johnson, to enjoin the foreclosure of a mortgage, and for an accounting and redemption. Decree for respondent, and complainant appeals. Affirmed.

Callahan & Harris, of Decatur, for appellant. Sample & Kilpatrick, of Cullman, for appellee.

ANDERSON, C. J. We agree with the chancery court that while it may be conceded that Poteet was the agent of Mrs. Johnson and had authority to bind her by receiving payments on the mortgage indebtedness, the credit to Gilchrist for which a receipt was given in the first part of 1910 of $100 was not such a payment of the mortgage debt as would be binding on the mortgagee. It is evident that the consideration for the receipt was not such a payment in money as would be binding upon Mrs. Johnson, the mortgagee, but arose from a settlement of individual matters between Poteet and Gilchrist, and that the only money that passed between them was a few dollars for the purpose of striking a proper balance between the parties.

The decree of the chancery court is affirmed.

Affirmed.

McCLELLAN, SAYRE, and GARDNER, JJ., concur.